UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ELAINE WANG,

                Plaintiff,

– against –

CAPRI HOLDINGS LIMITED, JOHN D. IDOL, MARILYN CROUTHER, ROBIN FREESTONE, JUDY GIBBONS, MAHESH MADHAVAN, STEPHEN F. REITMAN, JANE THOMPSON, and JEAN TOMLIN,

                Defendants.

**ORDER**

23-cv-08379 (ER)

Ramos, D.J.:

    Elaine Wang filed this action on September 21, 2023. Doc. 1. Since then, there has been no activity in the case.

    Wang is instructed to submit a status letter by April 25, 2024. Failure to do so may result in dismissal for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b). Additionally, Wang is reminded that under Rule 4(m), "[i]f a defendant is not served within 90 days after the complaint is filed, the court—on motion or on its own after notice to the plaintiff—must dismiss the action without prejudice against that defendant or order that service be made within a specified time."

It is SO ORDERED.

Dated:    April 18, 2024
            New York, New York

                                                EDGARDO RAMOS, U.S.D.J.